104 P.3d 355

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 13, 2005**

| | | |
|---|---|---|
| 24091 | State v. Sing | Affirmed |

**January 14, 2005**

| | | |
|---|---|---|
| 25319 | Josselin v. Josselin | Affirmed |

**January 18, 2005**

| | | |
|---|---|---|
| 26134 | Doe Children, In re | Affirmed |

**January 26, 2005**

| | | |
|---|---|---|
| 25773 | Santos v. Kyo-Ya Ins. Co., Ltd. | Affirmed |